UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

**Motion GRANTED for extension to 10/15/12.**

*[Signature: Judge Trauger]*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00175 |
| ) | JUDGE TRAUGER |
| ROBERT H. JOHNSON ) | |

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Robert H. Johnson moves to extend the time for filing pretrial motions. This matter currently is set for trial on October 30, 2012.

In support of this motion, defense counsel would show the following: Defense counsel has not yet received discovery in this matter. By Local Rule, pretrial motions are 28 days after arraignment, which would be today. However, defense counsel cannot determine whether pretrial motions are appropriate or necessary until defense counsel reviews the discovery and discusses the matter thoroughly with Mr. Johnson. For these reasons, the defendant moves to extend the deadline for filing a pretrial motions until two weeks prior to trial.

Respectfully submitted,

  s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Robert H. Johnson