UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

> Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial.
>
> /s/ Aleta A. Trauger

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00175 |
| | ) JUDGE TRAUGER |
| ROBERT H. JOHNSON | ) |

## MOTION TO CONTINUE TRIAL

Through counsel, defendant Robert H. Johnson moves to continue his April 8 trial. Mr. Johnson is in custody pending trial, and is serving a state sentence in a related matter.

In support of this motion, defense counsel would show the following: Defense counsel has received and reviewed discovery in this case and has reviewed potential litigation issues with Mr. Johnson. Counsel currently is reviewing several issues relevant to sentencing matters, and cannot provide Mr. Johnson with fully informed advice until these issues are fully investigated. Mr. Johnson cannot make a knowing and intelligent decision as to how he should proceed in this matter until the above issues are addressed. For these reasons, the defendant moves to continue his trial.

Defense counsel has conferred with Mr. Johnson about his speedy trial rights and a possible continuance. Mr. Johnson concurs in the request to postpone this matter, and will be signing and filing a speedy trial waiver.

Assistant United States Attorney Lynne Ingram advises that she has no objections to a continuance.