Motion GRANTED.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:12-cr-00175 |
| | ) | Judge Trauger |
| **ROBERT H. JOHNSON** | ) | |

## MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE

Pursuant to 18 U.S.C. § 2253(a) and the procedures set forth at 18 U.S.C. § 2253, Fed. R. Crim. P. 32.2(c) and/or 21 U.S.C. § 853(n), the United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney, moves for the entry of a Final Order of Forfeiture as to the following property:

(1) any visual depiction described in 18 U.S.C. §§ 2251 or 2252A, of this chapter or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

including, but not limited to items the following items: a Sony Desktop Computer (serial number 3007787); a Dell Laptop Computer (serial number 3GP3HP1); and a Sony Playstation 3 (serial number CG212724169-CECH-2001A) seized from the residence of **ROBERT H. JOHNSON** on March 28, 2012 hereinafter collectively referred to as "Subject Property." Notice of the forfeiture has been provided, and no petitions have been filed. The United States now moves for