**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 3:12-cr-00175** |
| | ) | **Judge Trauger** |
| **ROBERT H. JOHNSON** | ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 20, 2014, this Court entered a Preliminary Order of Forfeiture as to Robert H. Johnson ordering Defendant Johnson to forfeit the following property:

(1)　any visual depiction described in 18 U.S.C. §§ 2251 or 2252A, of this chapter or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2)　any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses(s); and

(3)　any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

including, but not limited to items the following items: a Sony Desktop Computer (serial number 3007787); a Dell Laptop Computer (serial number 3GP3HP1); and a Sony PlayStation 3 (serial number CG212724169-CECH-2001A) seized from the residence of Robert H. Johnson on March 28, 2012  (hereinafter collectively referred to as "Subject Property"); and

WHEREAS, the United States caused to be published notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised on-line at

"www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on August 26, 2014 and ending on September 24, 2014; and

WHEREAS, on September 15, 2014, pursuant to 21 U.S.C. § 853(n), Angela Johnson was sent direct notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying her of that she has thirty (30) days from the date of this direct notice or thirty (30) days from the end of publication, whichever is earlier, to petition the court for a hearing to adjudicate the validity of her alleged interest in the property. Said notice was delivered on September 18, 2014; and

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 2253(a); and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that prior to the transfer of ownership, the United States shall ensure that it has "wiped clean" and erased all files from electronic media, including but not limited to, computers, phones, tablets, etc., of any information.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this 13th day of _____November_____, 2014.

_____
ALETA A. TRAUGER
United States District Court Judge